**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Jonathan Beryl Harris; The Law Offices of J.B. Harris, P.A. and J.B. Harris, P.A. v. Phillip T. Howard, and Howard & Associates, Attorneys at Law, P.A.

Appellate case number:   01-19-00968-CV

Trial court case number:  2019-22971

Trial court:               127th District Court of Harris County

The en banc court has voted to deny appellants' motion for en banc reconsideration. Accordingly, it is ordered that the motion for en banc reconsideration is **denied**.

En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Judge's signature: _____/s/ Sarah B. Landau_____
                                    Acting for the En Banc Court

Date: ____December 3, 2020_____